**JEFFREY B. SETNESS - CA. STATE BAR NO. 96773**
**Mayall, Hurley, Knutsen, Smith & Green**
**2453 Grand Canal Boulevard, Second Floor**
**Stockton, California  95207**
**Telephone:     (209) 477-3833**
**Facsimile:      (209) 473-4818**
**E-mail:           jsetness@mayallaw.com**

**Attorneys for:**
**JOSEPH P. SILVEY and LOUISE R. SILVEY**

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CV-01999-FCD-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT** |
| vs. | |
| JOSEPH P. SILVEY; LOUISE R. SILVEY; and VAN DE POL ENTERPRISES, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff UNITED STATES OF AMERICA, by and through its counsel Colin C. Sampson, Trial Attorney with the Tax Division of the United States Department of Justice, and Defendant JOSEPH P. SILVEY and Defendant LOUISE R. SILVEY, by and through their counsel Jeffrey B. Setness, Esq. of the law firm Mayall, Hurley, Knutsen, Smith & Green that the time in which Defendant JOSEPH P. SILVEY and Defendant LOUISE R. SILVEY must file a responsive pleading to the Complaint in the above-captioned matter is extended until October 21, 2009 based upon the following:

STIPULATION AND ORDER TO EXTEND TIME - 1

1. Defendant JOSEPH P. SILVEY and Defendant LOUISE R. SILVEY's responsive pleading to the Complaint was originally due on August 24, 2009.

2. The parties agreed to an extension of time to file a responsive pleading until Tuesday, September 22, 2009 as memorialized in the attached correspondence.

3. Presently, the Defendants must file a responsive pleading by Tuesday, September 22, 2009.

4. Plaintiff and the Defendants are currently engaging in discussions with an end toward a possible resolution of this matter.  Therefore, the parties request an additional 30 days for the Defendants' response.

| September 21, 2009 | **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN** |
|---|---|
| **DATE** | |
| | /s/ Jeffrey B. Setness |
| | **BY JEFFREY B. SETNESS** |
| | **ATTORNEYS FOR JOSEPH P. SILVEY and LOUISE R. SILVEY** |
| September 21, 2009 | **UNITED STATES OF AMERICA** |
| **DATE** | |
| | /s/ Colin C. Sampson |
| | **BY COLIN C. SAMPSON, TRIAL ATTORNEY, TAX DIVISION, DEPARTMENT OF JUSTICE – ATTORNEY FOR THE UNITED STATES OF AMERICA** |

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND TIME - 2

**ORDER**

BASED UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the time in which Defendant JOSEPH P. SILVEY and Defendant LOUISE R. SILVEY must file a responsive pleading to the Complaint is extended until October 21, 2009.

DATED:  September 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME - 3