BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

COLIN C. SAMPSON (SBN #249784)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6062
Email:  Colin.C.Sampson@usdoj.gov
        Western.TaxCivil@usdoj.gov

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-CV-1999-FCD-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER EXTENDING TIME** |
| JOSEPH P. SILVEY; and LOUISE R. SILVEY, | ) |
| Defendants. | ) |

Based upon the Third Stipulation To Extend Time In Which To Respond To Complaint, and for good cause having been shown, IT IS HEREBY ORDERED THAT the time in which Defendants Joseph P. Silvey and Louise R. Silvey must file a responsive pleading to Plaintiff United States of America's Complaint is extended by a period of thirty-one days, until December 21, 2009.

IT IS SO ORDERED.

DATED: November 19, 2009

_____
FRANK C. DAMRELL, JR.,
UNITED STATES DISTRICT JUDGE

1