LAWRENCE G. BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

COLIN C. SAMPSON (SBN #249784)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6062
Email:  Colin.C.Sampson@usdoj.gov
           Western.TaxCivil@usdoj.gov

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH P. SILVEY; and<br>LOUISE R. SILVEY,<br><br>        Defendants. | Case No.  2:09-CV-1999-FCD-DAD<br><br>**JUDGMENT IN A CIVIL CASE** |

Upon the stipulation of the parties and for good cause shown,

IT IS ORDERED that judgment is entered against Joseph P. Silvey as to Counts One, Two, Three, and Four of the United States' Complaint to reduce to judgment Joseph P. Silvey's unpaid federal tax liabilities, in the amount of $330,731.14, from October 15, 2009, plus any additional interest that continues to accrue pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621.  It is further ORDERED that Count Five of the United States' Complaint is dismissed without prejudice to refiling.

/ / /

1

**IT IS SO ORDERED.**

Dated: December 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE